# In the United States District Court
## For the Southern District of Georgia
### Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 JUL 23 PM 1: 21

CLERK _____
OF GA.

| | |
|---|---|
| KENNETH EUGENE HAYNES, | |
| Petitioner, | CIVIL ACTION NO.: 2:19-cv-15 |
| v. | |
| WARDEN DERRICK EDGE, | |
| Respondent. | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Petitioner Kenneth Haynes ("Haynes") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **GRANTS** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Haynes's Petition as premature and for failure to exhaust his administrative remedies, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate

judgment of dismissal. Additionally, the Court **DENIES** Haynes *in forma pauperis* status on appeal.

**SO ORDERED**, this 23 day of July, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)